UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH ALLARD, et al.,

       Plaintiffs,                               Case No. 1:15–cv–01259–GJQ–PJG

v.                                            Hon. Gordon J. Quist

MICHIGAN HOUSE OF
REPRESENTATIVES,

       Defendant.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

      NOTICE is hereby given that the above–captioned case was filed in this court on December 7, 2015 .   The case has been assigned to Gordon J. Quist .

                                                CLERK OF COURT

Dated:  December 7, 2015        By:  /s/ Cathy Patten_____
                                             Deputy Clerk