UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEITH ALLARD and
BENJAMIN GRAHAM,

      Plaintiffs,

v.

MICHIGAN HOUSE OF
REPRESENTATIVES,

      Defendant.

File No. 1:15-CV-1259

Hon. Gordon J. Quist

**IMMEDIATE CONSIDERATION
REQUESTED**

_____

## PLAINTIFFS' UNOPPOSED MOTION TO REQUIRE PRESERVATION OF CELL PHONE PENDING DISCOVERY

_____

Plaintiffs Keith Allard and Benjamin Graham ask the Court for an order requiring the Michigan State Police (MSP) to preserve a cell phone currently in MSP's possession which may contain relevant evidence in this matter. Specifically, Plaintiffs ask that the Court require the phone's preservation until the parties have an opportunity to agree on a procedure to examine it and its contents, and/or until further order of this Court. Plaintiffs make the motion based on Federal Rules of Civil Procedure 26(b) and 34, and rely on the brief in support filed herewith.

Plaintiffs require immediate consideration of this Motion by the Court because MSP has informed Plaintiffs' counsel that the owner of the cell phone has made repeated requests for its return, and MSP intends to return it absent a Court order to the contrary. Counsel for Plaintiffs has attempted to come to an agreement

with the non-party owner of the phone to permit examination, but has been

unsuccessful in making direct contact with the phone's owner. Defendant has no

objection to the relief requested.


PINSKY, SMITH, FAYETTE & KENNEDY, LLP
Attorneys for Plaintiffs


Dated: January 7, 2016          By:     /s/ Sarah R. Howard
                                        H. Rhett Pinsky
                                        Sarah Riley Howard
                                Business Address and Telephone Number:
                                        146 Monroe Center St NW, Suite 805
                                        Grand Rapids, MI  49503
                                        (616) 451-8496
                                        HRPinsky@sbcglobal.net
                                        SarahRileyHoward@hotmail.com