# EXHIBIT A

**PINSKY, SMITH, FAYETTE & KENNEDY, LLP**
ATTORNEYS AT LAW
146 MONROE CENTER STREET, NW, SUITE 805
GRAND RAPIDS, MICHIGAN 49503-2818
TELEPHONE (616) 451-8496
FAX (616) 451-9850

H. RHETT PINSKY
MICHAEL L. FAYETTE
KATHERINE SMITH KENNEDY
SARAH RILEY HOWARD

*OF COUNSEL:*
EDWARD (NED) M. SMITH

A. ROBERT KLEINER
1916 - 1987

SARAH RILEY HOWARD
Email: SarahRileyHoward@hotmail.com

December 30, 2015

Mr. Joe Gamrat  *VIA FEDERAL EXPRESS & EMAIL*
(jdgamrat@          )

Plainwell, MI 49080

Re:   Allard & Graham v. Todd Courser and Cindy Gamrat
      Allard & Graham v. Michigan House of Representatives

Dear Mr. Gamrat:

I am an attorney for Keith Allard and Ben Graham in their litigation referenced above. If you have an attorney, please ask him or her to call me at 616-451-8496 or email me at SarahRileyHoward@hotmail.com. I would appreciate hearing back from you or your lawyer no later than close of business on Monday, January 4, 2016.

As part of my clients' litigation, I served a Litigation Hold Notice on the Michigan State Police (MSP) requesting that the MSP to maintain all evidence it has related to my clients' litigation until such time as we are able to review it as part of discovery. An Assistant Attorney General, Mark Donnelly, contacted me and told me that MSP would like to return your cell phone to you pursuant to your request. I would like to review your phone and the MSP's download of its contents before the phone is returned to you, and I would like to do that as soon as possible to get it back to you quickly. I am writing to ask if you would agree to permit me to examine your phone and its contents now. I also left you a message on your voicemail at 260-504-6649 with the same request, but I don't know if you can access that voicemail on a different phone device. If you will not agree to permit me to review the contents of your phone, I intend to seek a court order permitting me to do so before MSP returns the phone to you.

Very truly yours,

PINSKY, SMITH, FAYETTE & KENNEDY, LLP

*Sarah R. Howard*
Sarah Riley Howard

SRH/lbz