UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEITH ALLARD and
BENJAMIN GRAHAM,

    Plaintiffs,                                 File No. 1:15-CV-1259

v.                                             Hon. Gordon J. Quist

MICHIGAN HOUSE OF
REPRESENTATIVES,

    Defendant.
_____

**ORDER TO PRESERVE CELL PHONE
PENDING DISCOVERY**
_____

    Pending before the Court is Plaintiffs' Motion to Require Preservation of Cell Phone Pending Discovery (Dkt. No. 5).   The Court having reviewed the Motion:

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Require Preservation of Cell Phone Pending Discovery (Dkt. No. 5) is **GRANTED**.

    **IT IS HEREBY ORDERED** that the Michigan State Police shall preserve the cell phone in question and permit the parties an opportunity to agree on a procedure to examine the cell phone and its contents until further order of this Court.

Dated: January ____, 2016                           _____
                                                                            Hon. Gordon J. Quist
                                                                            U.S. District Court Judge