UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH ALLARD and
BENJAMIN GRAHAM,

        Plaintiffs,

v.                                                              Case No. 1:15-CV-1259

MICHIGAN HOUSE OF                          HON. GORDON J. QUIST
REPRESENTATIVES,

        Defendant.
_____/

### ORDER TO PRESERVE CELL PHONE PENDING DISCOVERY

Pending before the Court is Plaintiffs' Motion to Require Preservation of Cell Phone Pending Discovery. The Court having reviewed the Motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Require Preservation of Cell Phone Pending Discovery (Dkt. No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Michigan State Police shall preserve the cell phone in question and permit the parties an opportunity to agree on a procedure to examine the cell phone and its contents until further Order of this Court.

The Court reserves the right to modify or rescind this Order at any time upon motion of any party or person or upon the Court's own initiative.

Dated: January 11, 2016                           /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE